AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas  ▾

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 3 0 2022

JAMIE GIANI, Clerk

By

Deputy Clerk

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

3003 Commons Avenue, Spingdale, Arkansas

)
)
)
)
)
)

Case No.

5:22-cm-44-CDC

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
3003 Commons Avenue, Springdale, Arkansas, more particularly described in Attachment A,

located in the _____ Western _____ District of _____ Arkansas _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

❏ property designed for use, intended for use, or used in committing a crime;

❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 15 U.S.C. § 1125 | false designations of origin and false descriptions forbidden |
| 18 U.S.C. § 545 | smuggling goods into the United States |
| 18 U.S.C. § 2320(a) | trafficking in counterfeit goods or services |

The application is based on these facts:
See Attached Affidavit of DHS, HSI Special Agent Gerald Faulkner.

☑ Continued on the attached sheet.

❏ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

DHS, HSI Special Agent Gerald Faulkner
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/30/22 @ 3:21pm

City and state: Fayetteville AR

_____
*Judge's signature*

Hon. Christy D. Comstock, U.S. Magistrate Judge
*Printed name and title*

<u>**AFFIDAVIT IN SUPPORT OF**</u>
<u>**AN APPLICATION FOR A SEARCH WARRANT**</u>

I, Gerald Faulkner, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for the premises located at 3003 Commons Avenue in Springdale, Arkansas, the "**SUBJECT PREMISES**", which is located in the Western District of Arkansas, Fayetteville Division, more particularly described in Attachment A, for evidence, fruits, and instrumentalities described in the following paragraphs and in Attachment B.

2.      I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), currently assigned to the Resident Agent in Charge Office in Fayetteville, Arkansas.  I have been so employed with HSI since April 2009.  As part of my duties as a HSI Special Agent, I investigate criminal violations related to the trafficking of counterfeit goods, the smuggling of illegal goods and currency in and out of the United States, money laundering, and other various federal law violations.  During my employment as a Special Agent, I have reviewed and participated in numerous investigations resulting in the arrests of individuals trafficking in counterfeit goods, the seizure of significant quantities of counterfeit merchandise, including but not limited to perfume, jewelry, handbags, sunglasses, and other items of commerce, and the seizure of illegal proceeds generated from that activity.  Many of the investigations that I have reviewed and participated in involved violations of federal statutes and offenses that are within the jurisdiction of HSI, which is responsible for investigating violations related to international commerce and the illegal importation of stolen property, including "intellectual property" (patents, trademarks, copyright). This affidavit is being submitted based on information

from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 15 U.S.C. § 1125 (false designations of origin and false descriptions forbidden), 18 U.S.C. § 545 (smuggling goods into the United States), and 18 U.S.C. § 2320(a) (trafficking in counterfeit goods or services) have been committed by Jennifer LEACH and LOVE'S TRENDY BOUTIQUE, LLC dba LOVELY'S TRENDY SHOP. There is also probable cause to search the **SUBJECT PREMISES**, for evidence, fruits, and instrumentalities described in Attachment B.

## PROBABLE CAUSE

5.      On February 1, 2022, the FedEx Hub in Anchorage, Alaska, intercepted an inbound international package labeled "FASHION ACCESSORIES NECKLACE, RING, AND DRESSES FOR PERSONAL USE," which was selected for an intensive exam by Customs and Border Protection (CBP) Officers.

6.      The express shipment was manifested with a declared total value of $85.00.

7.      Upon physical examination by CBP Officers, the package contained designer name brand handbags, wallets, shirts and clutches.

8.      The following items were discovered by CBP Officers in the shipment; eleven

(11) Gucci handbags, three (3) Dior handbags, seventeen (17) Goyard handbags, seven (7) Chanel handbags, nine (9) Yves Saint Laurent wallets, three (3) Dior shirts, and fourteen (14) Louis Vuitton clutch handbags.

9.       CBP Officers determined the items to be counterfeit due to the low invoice value, shipment originating outside normal supply chain for manufacturers, and poor-quality printing on retail packaging of the shipment.

10.     CBP Officers confirmed all of the items to be counterfeit and infringe upon the registered and recorded trademark under Chanel TMK 06- 00705, Gucci TMK 89-00646, Louis Vuitton TMK 10-00855, Dior TMK 03-00709, TMK 01-00453, Goyard TMK 10-01137 and Yves Saint Laurent TMK 13-00193.

11.     CBP Officers seized the items pursuant to violations of Title 19, United States Code, Section 1526(e) - Intellectual Property Rights, Trademark/Trade Dress and Counterfeit Goods.

12.     The shipment routing details were recorded as having been sent from the Philippines to the **SUBJECT PREMISES** in the Western District of Arkansas, Fayetteville Division:

Sender:        ROCHELLE OCAMPO
               ANGELES STREET
               CALOOCAN CITY, PHILIPPINES

Recipient:     IRISH LOVE DECHAVEZ
               3003 COMMONS AVENUE
               SPRINGDALE, ARKANSAS

13.     On February 17, 2022, the FedEx Hub in Memphis, Tennessee, intercepted an inbound international package labeled "SOUVENIERS HANDBAGS10 SLEEPWEAR TER NO5 SOUVENIERS," which was selected for an intensive exam by CBP Officers.

14.     When the shipment arrived in the CBP exam area, it was examined and found to contain twenty-seven (27) Louis Vuitton Wallets, eight (8) Louis Vuitton Handbags, nine (9) Burberry Wallets, six (6) Gucci Wallets, two (2) Fendi Handbags, and three (3) Christian Dior Handbags.

15.     CBP Officers determined the wallets and handbags to be counterfeit based on the shipment's origin of country, low value, incorrect appearance, low quality, incorrect manifestation, and concealment method consistent with previous counterfeit concealment seizures.

16.     On February 25, 2022, CBP Officers detained the inbound shipment.

17.     On March 9, 2022, CBP Officers seized the shipment pursuant to violations of Title 19, United States Code, Section 1526(e) – Intellectual Property Rights, Trademark/Trade Dress and Counterfeit Goods.

18.     The shipment routing details were recorded as having been sent from the United Arab Emirates to a recipient in the Western District of Arkansas, Fayetteville Division, at the **SUBJECT PREMISES**:

Sender:     DAN ROBERT DE VEGA
            PLOT NO. R364 OFFICE NO.507 KARAM
            DUBAI CITY, AE
            UNITED ARAB EMIRATES

Recipient:  JENEFER LEACH
            3003 COMMONS AVE SPRINGDALE
            SPRINGDALE, AR 72764
            UNITED STATES OF AMERICA

19.     Based on the above information, your Affiant conducted Department of Homeland Security (DHS) and open-source database queries to further identify the consignee of the contraband along with any associated businesses.

20.     The queries revealed Jenefer LEACH is believed to be Jenefer Monserate DeChavez-LEACH with a date of birth in 1983.  LEACH is a native of the Philippines and is currently the spouse of a United States Citizen (Gregory LEACH) under Alien Registration Number ending in 2004.   She is assigned the Social Security Administration number ending in 1161 and has an Arkansas driver's license bearing the number ending in 0533.  The address associated to the driver's license is listed as being 3003 Commons Avenue in Springdale, Arkansas, the **SUBJECT PREMISES,** which is in the Western District of Arkansas, Fayetteville Division.  LEACH has also been recorded as utilizing the aliases of Irish Love Dechavez and Jenefer Casela.

21.     Additional record checks revealed LEACH is currently the owner and operator of LOVELY'S TRENDY SHOP, also known as LOVE'S TRENDY BOUTIQUE, LLC. The business appears to be home-based and was incorporated in Arkansas on August 18, 2021, with an active status and principal address at the **SUBJECT ADDRESS**.

22.     Publicly accessible social media database queries show LEACH created the Facebook business profile LOVELY'S TRENDY SHOP on or about August 20, 2020, and listed the page as a Products and Services platform.  The associated contact number for the business and social media page is 479-419-0316.  The business is described as selling luxury bags, wallets, shoes, clothes, and accessories.   The email address linked to the profile account is jenefer_dechavez@yahoo.com.   In August 2022, the Facebook page had approximately 4.7

thousand people or user profiles tagged or following LEACH's account. The modes of payment listed for the business are: Cash App: $JeneferLeach; Venmo: @lovely_leach; PayPal: @jeneferleach1; and Zelle: Jenefer Leach (479)419-0316.

23.     The Facebook page appears to have multiple previously recorded live feeds where LEACH is selling what is believed to be counterfeit merchandise online to her followers similar to that which was seized by CBP. Four of the recorded live sales were reviewed in their entirety and between October 1, 2021, and March 10, 2022, during which LEACH and another unknown female associate sold approximately 554 items to online viewers totaling approximately $19,715 dollars in sales. All the sales appear to have been paid to LEACH through the above-referenced online payment applications. The Facebook business page revealed LEACH is believed to have begun conducting online live sales in approximately August 2020.

24.     The following manufactures are a few of the knock-off or counterfeit products recorded as having been sold by LEACH via the online live sales: Gucci, Fendi, Marc Jacobs, Dior, Hermes, Louis Vuitton, David Yurman, Chanel, Bulgari, Van Cleef & Arpels, Tiffany, Versace, Tory Burch, Valentino Garavani, and Prada.

25.     Investigative efforts have shown the believed counterfeit designer goods LEACH is currently selling on her Facebook live feeds through LOVELY'S TRENDY SHOP are the same type of counterfeit products that CBP in Alaska and Tennessee seized in March 2022 destined to her home in Springdale, Arkansas, the **SUBJECT PREMISES**, which is in the Western District of Arkansas, Fayetteville Division.

26.     In March 2022, your Affiant received lead information from the HSI National Intellectual Property Rights Center (IRPC) as well as from HSI Intel Research Specialists (IRS) in reference to LEACH and LOVELY'S TRENDY SHOP.

27.     A review of the documents revealed that from approximately July 2021 to March 2022, CBP has seized over 200 believed counterfeit handbags, wallets, hats, and fashion accessories bearing trademarks of Chanel, Dior, Prada, Gucci, Hermes, MCM, Versace, Fendi, Burberry, Yves St. Laurent, Balenciaga, and Louis Vuitton, that were shipped from the United Arab Emirates and Philippines, with a combined MSRP value of $500,000.  All of the intercepted shipments were destined to LEACH at the **SUBJECT PREMISES** in Springdale, Arkansas, which is in the Western District of Arkansas, Fayetteville Division.

28.     The following seizures with corresponding MSRPs were recorded by CBP as being associated to LEACH:

| DATE | REF# | ITEMS SEIZED | MSRP |
|---|---|---|---|
| 7/26/2021 | 2021sz0124144 | 22 counterfeit designer handbags | $64,710 |
| 8/18/2021 | 2021sz0134832 | 24 counterfeit designer handbags | $145,645 |
| 12/16/2021 | 2022sz0026293 | 24 counterfeit designer handbags | $71,010 |
| 12/30/2021 | 2022sz0029434 | 20 counterfeit designer handbags | $29,315 |
| 3/9/2022 | 2022sz0053946 | 55 counterfeit designer handbags and wallets | $67,650 |
| 3/17/2022 | 2022sz0056978 | 47 counterfeit designer handbags | $68,755 |
| 3/21/2022 | 2022sz0058100 | 25 counterfeit designer handbags and hats | $52,220 |

29.     Additional review of the intelligence reports showed from November 2019 to March 2022, LEACH has had approximately 487 shipments of handbags, wallets, and fashion accessories from various individuals in the Philippines and United Arab Emirates shipped to the

**SUBJECT PREMISES** or 1813 B West Huntsville Avenue, both located in Springdale, Arkansas, which is in the Western District of Arkansas, Fayetteville Division.

30.     Between approximately August 2020 and August 2022, LEACH has utilized her Facebook business profile page of LOVELY'S TRENDY SHOP to conduct approximately sixty-four (64) online live feeds where she has advertised and sold believed counterfeit high-end merchandise.  Most live feeds involve LEACH showcasing and describing believed counterfeit items and then announcing a sale price to the thousands of followers on her Facebook business profile page watching the streaming video.  Followers to the live feed are then instructed by LEACH to put the words "mine" along with the abbreviated description of the product being offered in the comments section of the live feed to secure the item for purchase.  Followers are also instructed, upon completed online payments, to send LEACH, through the LOVELY'S TRENDY SHOP Facebook account, a private message with their personal shipping information for product delivery.

31.     In April 2022, your Affiant identified a particular purse LEACH was advertising for sale through a previously recorded Facebook live feed on the LOVELY'S TRENDY SHOP account.  LEACH described the purse using the believed words, "Alma", "Damier" and "BB" and advertised the item's sale for $90.  Your Affiant then located what appears to be the authentic version of the same purse on the Louis Vuitton website.  The authentic version of the purse is better described as being an Alma Handbag Damier BB with an actual MSRP ranging from $1,750 to $2,150.

32.     In April 2022, your Affiant sought and obtained a federal search warrant (5:22CM00013) for records related to the Facebook online business, LOVELY'S TRENDY

SHOP, created and operated by LEACH. In May 2022, your Affiant received the records and began reviewing the content contained within the social media account for items of evidentiary value related to the ongoing Intellectual Property Rights investigation. The following data was deemed pertinent to the ongoing case:

### Profile Account Information

**Name**: Lovely's Trendy Shop
**Vanity Name**: jenefer.dechavez
**Url**: https://facebook.com/lovelystrendyshop/
**Creation Date**: 08/20/20 @ 23:09:42 UTC
**Account Status**: Active
**Phone**: +639187646903 Cell Verified
**Phone**: +14794190316 Cell Verified
**Registered Email**: jenefer_dechavez@yahoo.com
**PayPal Email**: jenefer_dechavez@yahoo.com
**Credit Cards**: VISA XXXXX-XX-XXXX-6885
**Name**: Jenefer Leach
**Zip Code**: 72764

### Private Messages with Online Customers

| | |
|---|---|
| **CUSTOMER A:** | I tried I put paper inside the bag had it there since yesterday afternoon dear |
| **LEACH:** | With copy bags we can't really avoid minor issues. Sometimes caused by shipment too. |
| **LEACH:** | Ms Brenda I don't take return and exchange on the bags. Please understand that bags are not authentic and anything can happen during the shipment. I only make a lil money off my bags to make affordable for everybody. I try to give the best quality of bags for less than $100 price. |
| **CUSTOMER B:** | If you don't mind me asking a question about what top grade means or mirror copy? |
| **LEACH:** | Quality of the bag |
| **CUSTOMER B:** | Oh ok. Is top grade better than mirror? |
| **LEACH:** | Mirror is better |

| | |
|---|---|
| **CUSTOMER B:** | Don't understand is that wholesale Large $300 how many bags total? |
| **LEACH:** | The bag is master copy means higher or better quality, more detailed almost like that authentic |
| | |
| **CUSTOMER C:** | Hey Ms Jen I see it have been since April 1 I put a deposit for the master copy of OTG do you think it's coming in |
| **LEACH:** | Yes my supplier said I already have it but have too many boxes to unbox to find it I just unbox before I do live |
| **LEACH:** | I have 30 more boxes to unbox |
| | |
| **CUSTOMER D:** | Are these products real |
| **LEACH:** | Do u mean authentic? |
| **CUSTOMER D:** | Yes, I told my sister I don't think these are authentic because their cheap too beauthentic |
| **LEACH:** | They not authentic |
| | |
| **CUSTOMER E:** | Hey dear do you have a phone number I can call if that's OK? |
| **LEACH:** | 4794190316 |
| | |
| **CUSTOMER F:** | Yung bag mo May sira |
| **LEACH:** | Hindi yan sira, the bag is not authentic so sometimes it has flaws |
| **LEACH:** | My bags are priced low already I don't make very much out of them plus my hard work |
| | |
| **CUSTOMER G:** | When you come on video and you say mirror Copy what do you mean that the bag is real are you have the card for the bags |
| **LEACH:** | Its not authentic but almost everything on the details of bag is same as authentic |
| | |
| **CUSTOMER H:** | Is it top grade |
| **CUSTOMER H:** | With date code |
| **LEACH:** | This bag is from Japan auction |
| **CUSTOMER H:** | Which means |
| **CUSTOMER H:** | Are these authentic |
| **LEACH:** | Nope not guaranteed |
| **CUSTOMER H:** | I just want to understand the quality and what bags type are from auction |
| **LEACH:** | Copy bags made in different quality.  Premium, top grade, mirror and master copy.  The price depends on the quality of the bags. |
| **LEACH:** | Japan auction bags are mix of used and brand new bags & mix of all copy including authentic |

33.    In April 2022, pursuant to the ongoing Intellectual Property Rights investigation,

your Affiant received subpoenaed information from Venmo, a service of PayPal, Inc., in reference

to LEACH and LOVELY'S TRENDY SHOP. Your Affiant reviewed the documents associated to

the business which revealed the following:

**Account Number**: XXXXX1891
**Name on Account**: Lovely Leach
**User Name**: lovely-leach
**Date of Birth**: XX/XX/83
**Social Security Number**: XXX-XX-1161
**Address: 3003 Commons Avenue, Springdale, Arkansas 72764**
**Account Type**: Business
**Account Creation Date**: 02/18/21
**Account Status**: Open
**Transaction Dates**: 02/18/21 – 04/11/22
**Total Amount Received**: $93,865.15

34.    In May 2022, your Affiant received additional subpoenaed information from Zelle,

Inc. (Early Warning Services, LLC), in reference to LEACH and LOVELY'S TRENDY SHOP.

Your Affiant reviewed the documents associated to the business which revealed the following:

**Recipient Token**: jenefer_dechavez@yahoo.com
**Profile ID**: 1074b388-c8a4-4e4c-a59f-d5c43050f088 (active) –Legacy National Bank
**Profile ID**: c0216d1d-ceb3-4224-9c90-df19d90cb698 (active) – Arvest Bank
**Profile ID**:10acb9e2-a27f-4548-9c9a-b68d0aec4eea (inactive) – Arvest Bank
**Recipient Name**: Jenefer Leach
**Transaction Dates**: 12/09/20 – 03/29/22
**Total Amount Received**: $104,677.90

35.    Further review of the online transactions contributing to LOVELY'S TRENDY

SHOP's total amount received revealed the bulk of the payments or personal profits were

documented as sales from merchandise labeled, "bag", "wallet", "Fendi belt", "For live show

items", "Facebook live", "Chanel purse", etc.

36.     Upon completion of the review of Venmo/PayPal and Zelle subpoenaed records, LEACH appeared to have grossed, from the time period of approximately December 9, 2020 to April 11, 2022, approximately $198,543.05 through LOVELY'S TRENDY SHOP for the sale of counterfeit merchandise.  All of these incoming online transactions and the physical location of the counterfeit merchandise are believed to be located at LEACH's residential and shipping address of 3003 Commons Avenue located in Springdale, Arkansas, the **SUBJECT PREMISES**.

37.     On or about August 26, 2022, your Affiant conducted record checks of the Washington County, Arkansas Assessor's Office website which revealed as of August 25, 2022 @ 9:44:47 PM, the **SUBJECT PREMISES**, documented under Parcel Number 815-XXXXX-000, was registered to the Property Owners, Gregory Dean and Jenefer LEACH, at 3003 Commons Avenue in Springdale, Arkansas 72764.

38.     A review of the LOVELY'S TRENDY SHOP Facebook page shows that LEACH last went live on August 24, 2022, and as of August 29, 2022 had been shared 66 times and had approximately 1,200 comments:



39.   Additionally, LOVELY'S TRENDY SHOP has a post dated August 27, 2022, currently advertising suspected counterfeit designer shoes for sale for far below retail value:



40.   Viewing the recent activity of the LOVELY'S TRENDY SHOP Facebook account, LEACH has conducted Facebook Live sales of counterfeit goods on a weekly basis during the month of August 2022, including on August 2, August 9, August 17, and August 24. Assuming this pattern of activity persists, I would expect that the next Facebook Live sale to take place on or about August 31, 2022. This pattern of activity also suggests that LEACH has an inventory of counterfeit goods on hand at the **SUBJECT PREMISES**.

### CONCLUSION

41.   Based on the foregoing, your Affiant believes and respectfully submits that there is probable cause to believe that evidence, fruits, and instrumentalities of violations of 15 U.S.C. § 1125 (false designations of origin and false descriptions forbidden), 18 U.S.C. § 545 (smuggling

Page **13** of **14**

goods into the United States), and 18 U.S.C. § 2320(a) (trafficking in counterfeit goods or services) are located at the **SUBJECT PREMISES**.

42.     Additionally, based upon the foregoing, your Affiant respectfully requests that the Court issue a search warrant for the **SUBJECT PREMISES**, more particularly described in Attachment A, to permit federal, state and local law enforcement agents/officers to search and seize the items listed and described in Attachment B.

Respectfully submitted,

_____
Gerald Faulkner
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on August 30, 2022.

_____
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE